■ In the Matter of EILEEN C. GOULDING et al., Appellants, v. JOSEPH P. DEVITT et al., Respondents.—

No opinion. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.